IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENOVA HOMES INC., | No. C-05-4114 MMC |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON; et al., | |
| Defendants / | |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Saundra Brown Armstrong for consideration of whether the case is related to <u>Certain Underwriters at Lloyd's, London v. The Insurance Company of the State of Pennsylvania</u>, C 05-2377 SBA.

    **IT IS SO ORDERED.**

Dated: December 1, 2005

MAXINE M. CHESNEY
United States District Judge