TOWNSEND AND TOWNSEND AND CREW LLP
LEIGH A. KIRMSSÉ (State Bar No. 161929)
GREGORY P. FARNHAM (State Bar No. 118184)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
DENOVA HOMES INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENOVA HOMES INC.,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, et al.,<br><br>Defendants. | Case No.    C 05-4114 SBA<br><br><br>**STIPULATION AND  ORDER RE DISMISSAL OF DEFENDANT DEVONSHIRE GROUP, INC.** |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON,<br><br>Counterclaimant,<br><br>v.<br><br>DENOVA HOMES INC., et al.,<br><br>Counterdefendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

Counterdefendant DENOVA HOMES INC. ("DeNova Homes"), Defendant and Counterclaimant

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON ("Lloyd's"), and Defendant DEVONSHIRE

GROUP, INC. ("Devonshire"), through their respective undersigned counsel, as follows:

1.    Pursuant to Fed. R. Civ. P. 41(a)(1), Devonshire is hereby dismissed from this action.

2.    Devonshire acted solely as an agent for Lloyd's with respect to the subject matter of the Complaint and Counterclaim in this action.

3.    To the extent, if any, that liability results from the acts, statements, and/or omissions of Devonshire with respect to the subject matter of the Complaint and Counterclaim in this action, that liability attaches solely to Lloyd's, as Devonshire's principal.


DATED:  December 22, 2005          TOWNSEND AND TOWNSEND AND CREW LLP


                                   By:    /s/ Leigh A. Kirmssé
                                          Leigh A. Kirmssé
                                          Gregory P. Farnham
                                          Attorneys for Plaintiff and Counterdefendant
                                          DeNova Homes Inc.


DATED:  December 28, 2005          ADLER LAW GROUP


                                   By:    /s/ Erwin E. Adler
                                          Erwin E. Adler
                                          Elizabeth A. Sullivan
                                          Attorneys for Defendant and Counterclaimant
                                          Certain Underwriters at Lloyd's London
                                          and Defendant Devonshire Group, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  1/3/06                      _____
                                   Hon. Sandra B. Armstrong
                                   United States District Judge

60648592 v1