KEVIN G. McCURDY (SBN 115083)
GINA M. GUILEY (SBN 226719)
McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Defendant
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENOVA HOMES INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. C 05-4114 SBA<br>*(Consolidated - Lead Case No. C 05-2377)*<br><br><br><br>**STIPULATION OF DISMISSAL** |

Plaintiff DeNova Homes, Inc. ("DeNova") and defendant Insurance Company of the State of Pennsylvania ("ICSOP") have reached a settlement in this action. Pursuant to the terms of the settlement agreement, DeNova and ICSOP, through their undersigned counsel, stipulate that DeNova's complaint against ICSOP in this matter, Case No. c 05-4114 SBA, shall be dismissed with prejudice, with each of DeNova and ICSOP to bear its own costs and fees.

DATED: August 29, 2006                    MCCURDY & FULLER LLP

                                          By:   */Kevin G. McCurdy/*
                                                KEVIN G. McCURDY
                                                Attorneys for Defendant
                                                INSURANCE COMPANY OF
                                                THE STATE OF PENNSYLVANIA

18371

McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, CA  94025
(650) 618-3500

| | | |
|---|---|---|
| 1 | DATED:  August 23, 2006 | TOWNSEND AND TOWNSEND & CREW LLP |

By:   */Gregory P. Farnham/*
GREGORY P. FARNHAM
Attorneys for Plaintiff
DENOVA HOMES, INC.

IT IS SO ORDERED.

DATED:  September 8, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

18371