UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, | No. C 05-2377 SBA (WDB)<br>No. C 05-4114 SBA (WDB) |
| Plaintiff, | **ORDER** |
| v. | |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | |
| Defendant._____/ | |
| and Consolidated Case         / | |

   Having considered the RECENT written submissions by the parties, the court enters the following ORDERS:

   1.   The hearing to address discovery issues that was scheduled for October 25, 2006, is CONTINUED to **Wednesday, November 1, 2006, at 1:30 p.m**.

   2.   **By noon on Tuesday, October 31, 2006**, Underwriters must deliver to the undersigned's chambers and to counsel for defendant a letter describing generally the documents that have been received from DeNova and explaining the steps Underwriters will take to promptly develop full responses to the pending interrogatories that were served a year ago by defendant.

   3.   If at any point Underwriters learns that DeNova might not produce the documents by the 28th of October, Underwriters must immediately notify the undersigned, who will initiate proceedings designed to secure prompt compliance by DeNova with its obligations.

4. **By Wednesday, October 11, 2006**, Underwriters must deliver to counsel for defendant copies of the documents that Underwriters received from Charles Rauw. Failure to comply with this deadline will result in sanctions proceedings.

IT IS SO ORDERED.

Dated: October 6, 2006

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies: parties,
SBA, WDB, stats