TOWNSEND AND TOWNSEND AND CREW LLP
LEIGH A. KIRMSSÉ (State Bar No. 161929)
GREGORY P. FARNHAM (State Bar No. 118184)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff DENOVA HOMES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENOVA HOMES INC. a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and DOES 1 through 15, inclusive,<br><br>　　　　　　　Defendants.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON<br><br>　　　　　　　Cross-Claimant<br>　　v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br><br>　　　　　　　Cross-Defendant. | Case Nos. C 05-2377 and<br>　　　　　　C 05-4114 SBA<br>*(Consolidated cases)*<br><br><br>**STIPULATION OF DISMISSAL OF CLAIMS AGAINST CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND DENOVA HOMES INC.** |

　　Plaintiff DeNova Homes, Inc. ("DeNova") and defendant Certain Underwriters at Lloyd's, London ("Underwriters") have reached a settlement in this action.  Pursuant to the terms of the settlement agreement, DeNova and Underwriters, through their undersigned counsel, stipulate that

1  DeNova's complaint against Underwriters in this matter, Case No. C 05-4114 SBA, and
2  Underwriters' claims against DeNova in its First Amended Complaint and in any cross- or
3  counter-complaints, Case Nos. C 05-2377 and C 05-4114 SBA, shall be dismissed with prejudice,
4  with each of DeNova and Underwriters to bear its own costs and fees.

5       As DeNova's claims against The Insurance Company of the State of Pennsylvania have
6  already been dismissed, there are no claims remaining in DeNova's complaint in Case No. C 05-
7  4114 SBA, that complaint in its entirety is dismissed with prejudice.  Similarly, because all claims
8  against DeNova are being dismissed in Case Nos. C 05-2377 and C 05-4114 SBA, DeNova is
9  hereby dismissed as a party in both actions.

11  DATED: September 28, 2006        ADLER LAW GROUP

13                                   By:     /s/ Erwin E. Adler
                                              ERWIN E. ADLER
14                                   Attorneys for Defendant
                                     CERTAIN UNDERWRITERS AT
15                                   LLOYD'S, LONDON

16  DATED: September 29, 2006        TOWNSEND AND TOWNSEND & CREW LLP

18                                   By:     /s/ Gregory P. Farnham
                                              GREGORY P. FARNHAM, Esq.
19                                   LEIGH A. KIRMSSE, Esq.
                                     Attorneys for Plaintiff
20                                   DENOVA HOMES, INC.

22      IT IS SO ORDERED.
23  DATED: 10/23/06
                                     _____
                                     UNITED STATES DISTRICT COURT
24                                   JUDGE

18371                               - 2 -

STIPULATION OF DISMISSAL OF CLAIMS AGAINST CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND DENOVA HOMES
CASE NOS. C 05-4114 SBA AND C 05 2377