1  KEVIN G. McCURDY (SBN 115083)
   GINA M. GUILEY (SBN 226719)
2  McCURDY & FULLER LLP
   1080 Marsh Road, Suite 110
3  Menlo Park, California 94025
   Telephone: (650) 618-3500
4  Facsimile: (650) 618-3599

5  Attorneys for Defendant
   INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11 | DENOVA HOMES INC. a California          | Case No. C 05-4114 SBA
12 | Corporation,                            | *(Consolidated - Lead Case No. C 05-2377)*
13 |            Plaintiff,                   |
14 |       v.                                |
15 | CERTAIN UNDERWRITERS AT                 |
   | LLOYD'S LONDON; THE INSURANCE           | **STIPULATION OF DISMISSAL**
16 | COMPANY OF THE STATE OF                 |
   | PENNSYLVANIA, and DOES 1 through        |
17 | 15, inclusive,                          |
18 |            Defendants.                  |

19
20      Defendants Certain Underwriters at Lloyd's London ("Underwriters") and Insurance

21 Company of the State of Pennsylvania ("ICSOP") have reached a settlement in this action.

22 Pursuant to the terms of the settlement agreement, DeNova and ICSOP, through their undersigned

23 counsel, stipulate that their respective cross-claims filed against each other in this matter shall be

24 dismissed with prejudice, with each of Underwriters and ICSOP to bear its own costs and fees.

25 / / /

26 / / /

27 / / /

28 / / /

20252                                    - 1 -
                              STIPULATION OF DISMISSAL

1  Dated: December 27, 2006                                ADLER LAW GROUP

3                                                          __/s/  Erwin E. Adler_____
                                                           ERWIN E. ADLER
4                                                          Attorneys for Defendant
                                                           CERTAIN UNDERWRITERS AT
5                                                          LLOYD'S, LONDON

6  Dated: December 27, 2006                                McCURDY & FULLER LLP

8                                                          __/s/  Kevin G. McCurdy_____
                                                           KEVIN G. McCURDY
9                                                          Attorneys for Defendant
                                                           INSURANCE COMPANY OF THE
10                                                         STATE OF PENNSYLVANIA

11      IT IS SO ORDERED.

12  Dated:  January 8, 2007                                *[signature: Sandra B. Armstrong]*
13                                                         UNITED STATES DISTRICT
                                                           COURT JUDGE

20252                          - 2 -
                     STIPULATION OF DISMISSAL